FILED
JAMES J. VILT, JR. - CLERK

AUG - 6 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 4:24-CR-25-6NS

| | |
|---|---|
| **JASON SALYER** | 21 U.S.C. § 841(a)(1) |
| **JULIA PARRISH** | 21 U.S.C. § 841(b)(1)(A) |
| **JONATHAN HAWKINS** | 21 U.S.C. § 846 |
| **JERAMEY HAWKINS** | 21 U.S.C. § 853 |
| **TIMOTHY ROACH** | |
| **CHARLES NELSON** | |
| **JACOB BERMUDEZ** | |
| **JOE TURNER** | |

The Grand Jury charges:

COUNT 1
(*Conspiracy to Possess with Intent to Distribute Methamphetamine*)

Beginning on a date unknown to the Grand Jury, but at least as early as May 2023, and continuing up to and through on or about August 5, 2024, in the Western District of Kentucky, Daviess County, Kentucky, and elsewhere, **JASON SALYER, JULIA PARRISH, JONATHAN HAWKINS, JERAMEY HAWKINS, TIMOTHY ROACH, CHARLES NELSON, JACOB BERMUDEZ,** and **JOE TURNER**, defendants herein, conspired with each other and others, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as specifically charged in this Indictment, a felony punishable by imprisonment for more than one year, **JASON SALYER, JULIA PARRISH, JONATHAN HAWKINS, JERAMEY HAWKINS, TIMOTHY ROACH, CHARLES NELSON, JACOB BERMUDEZ,** and **JOE TURNER**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

A TRUE BILL.

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED:08062024

UNITED STATES OF AMERICA v. **JASON SALYER, JULIA PARRISH, JONATHAN HAWKINS, JERAMEY HAWKINS, TIMOTHY ROACH, CHARLES NELSON, JACOB BERMUDEZ,** and **JOE TURNER**

## PENALTIES

Count 1:   NL 10 yrs/NM Life./NM $10,000,000/both/NL 5 yrs Supervised Release
    (NL 15 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of one prior qualifying conviction))
    (NL 25 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of two prior qualifying conviction))
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY 40202
              502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
              120 Federal Building
              241 East Main Street
              Bowling Green, KY 42101
              270/393-2500

OWENSBORO:    Clerk, U.S. District Court
              126 Federal Building
              423 Frederica
              Owensboro, KY 42301
              270/689-4400

PADUCAH:      Clerk, U.S. District Court
              127 Federal Building
              501 Broadway
              Paducah, KY 42001
              270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.